

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

#### ORDER

Appellate case name:    Hassell Construction Co., Inc., derivatively by and through its shareholder, Royce Hassell, R. Hassell & Company, Inc., and R. Hassell Builders, Inc. v. Springwoods Realty Company, Springwoods Realty, Inc., Harris County Improvement District #18, Walter P. Moore & Associates, Inc. d/b/a Walter P. Moore and Costello, Inc.

Appellate case number:    01-17-00822-CV

Trial court case number:    2016-85276

Trial court:    333rd District Court of Harris County

Appellants Hassell Construction Co., Inc., derivatively by and through its shareholder, Royce Hassell, R. Hassell & Company, Inc., and R. Hassell Builders, Inc. filed an "Unopposed Motion to Withdraw and Substitute Counsel," requesting that Andrew Parma and the law firm of Barry Conge Harris LLP be allowed to withdraw as counsel for appellants and that Silvia T. Hassell be substituted in their stead as appellants' counsel. The motion is **granted**. *See* TEX. R. APP. P. 6.1(b), 6.5(d).

The Clerk of this Court is directed to substitute Silvia T. Hassell as counsel for appellants on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date: July 15, 2021